UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Anthony Cruzado

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    (  ) (  )
**20 Mag 1740**

Defendant _Anthony Cruzado_____ hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or _X__ teleconferencing:

_X__   Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X__   Bail/Detention Hearing

___    Conference Before a Judicial Officer


_Jennifer Willis_____ signed on his behalf by his attorney
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Jennifer Willis_____
Defendant's Counsel's Signature

**Anthony Cruzado_____**
Print Defendant's Name

**Jennifer Willis_____**
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_March 4, 2021_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge